

COM.

v.

**AROSE, J.**

**1728 WDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–33–CR–0000139–2014 (Jefferson)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**SEXTON, A.**

**268 EDA 2017**

Superior Court of Pennsylvania.

07/27/2017

CP–23–CR–0002643–2014 (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

C.G.

v.

**K.N.**

**215 WDA 2017**

Superior Court of Pennsylvania.

07/26/2017

10901–2016 (Erie)

Affirmed

COM.

v.

**REID, J., Jr.**

**1194 MDA 2016**

Superior Court of Pennsylvania.

07/27/2017

CP–67–CR–0006147–2014 (York)

Affirmed

COM.

v.

**STRUM, A.**

**2277 EDA 2016**

Superior Court of Pennsylvania.

07/27/2017

CP–51–CR–0504651–1997 (Philadelphia)

Affirmed

COM.

v.

**SNYDER, W.**

**1933 MDA 2016**

Superior Court of Pennsylvania.

07/27/2017

CP–18–CR–0000275–2015 (Clinton)

Affirmed

